# State of Louisiana
## Secretary of State

07/23/2015

Legal Services Section
P.O. Box 94125, Baton Rouge, LA 70804-9125
(225) 922-0415

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
C/O CORPORATION SERVICE COMPANY
320 SOMERULOS STREET
BATON ROUGE, LA 70802-6129

Suit No.: 751423
24TH JUDICIAL DISTRICT COURT
JEFFERSON PARISH

JODI M. TROSCLAIR
vs
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

Dear Sir/Madam:

I am enclosing citation served in regard to the above entitled proceeding. Please call the attorney that filed this document if you have any questions regarding this proceeding. If you received this document in error, please return it to the above address with a letter of explanation.

Yours very truly,

TOM SCHEDLER
Secretary of State

Served on: TOM SCHEDLER
Served by: E CUMMINS

Date: 07/22/2015
Title: DEPUTY SHERIFF

No: 975005



Exhibit "A"

JM

(101) Citation: ISSUE PETITION FOR DAMAGES/REQUEST FOR WRITTEN NOTICE;

150715-7768-6

SERVED ON
TOM SCHEDLER

JUL 22 2015

SECRETARY OF STATE
COMMERCIAL DIVISION

**24TH JUDICIAL DISTRICT COURT**
**PARISH OF JEFFERSON**
**STATE OF LOUISIANA**

JODI M TROSCLAIR
versus
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

Case: 751-423   Div: N
P 1 JODI M. TROSCLAIR

To: LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
THROUGH LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVENUE
BATON ROUGE LA 70809

SS# 8342 $50.00
EBR# 8343 $2936

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES/REQUEST FOR WRITTEN NOTICE of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within FIFTEEN (15) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney MICHAEL L. HEBERT and was issued by the Clerk of Court on the 15th day of July, 2015.

/s/ Masie A Comeaux
Masie A Comeaux, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) Citation: ISSUE PETITION FOR DAMAGES/REQUEST FOR WRITTEN NOTICE;

150715-7768-6

Received:_____   Served:_____   Returned:_____

Service was made:
___ Personal   ___ Domiciliary _____

Unable to serve:
___ Not at this address        ___ Numerous attempts _____ times
___ Vacant                     ___ Received too late to serve
___ Moved                      ___ No longer works at this address
___ No such address            ___ Need apartment / building number
___ Other _____

Service: $_____   Mileage: $_____   Total: $_____
Completed by:_____ #_____
              Deputy Sheriff
Parish of: _____

Page 1 of 1

24th JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

JODI M. TROSCLAIR  DOCKET NO: 751423

VERSUS

LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON  SECTION: N

PETITION FOR DAMAGES

The petition of Jodi M. Trosclair, a person of legal age, domiciled in and resident of the Parish of Jefferson, State of Louisiana, respectfully represents:

1.

The following party is made defendant herein:

A. Liberty Life Assurance Company of Boston, a foreign insurance company doing business in the State of Louisiana and having appointed as it's agent for service of process the Louisiana Secretary of State, 8585 Archives Ave., Baton Rouge, LA 70809;

2.

The claims of Plaintiff, Jodi M. Trosclair, against Defendant, Liberty Life Assurance Company of Boston, are filed pursuant to the provisions of the Employee Retirement Income Security Act USC § 1001, et seq. (ERISA)

2.

Pursuant to 29 USC 1132 (a)(1)(B), Plaintiff seeks an order awarding her benefits due under the Plan, enforcing her rights, and/or clarifying benefits under the terms of the employee welfare benefit plan.

3.

At all relevant times, Jodi M. Trosclair was an employee of Home Depot U.S.A., Inc. and covered under the plan issued by Defendants that provided long-term disability benefits.

4.

On June 4, 2102, Plaintiff became totally disabled and qualified for benefits pursuant to the short term and long-term disability policy issued by Defendants.

5.

From June 4, 2102 through the present, Plaintiff has continued to be totally disabled, unable to engage in any form of employment.

6.

Despite Plaintiff's total disability, Defendants arbitrarily and capriciously terminated the monthly benefits beginning February 28, 2015.

7.

Plaintiff timely filed administrative appeals to the arbitrary and wrongful termination of benefits and Defendants have denied all administrative appeals.

8.

Plaintiff brings this cause of action for benefits due and to enforce her rights under the policy of short term and long term disability benefits, issued by Defendants after exhausting all administrative remedies.

9.

Plaintiff avers she is entitled to penalties and attorney fees for this action for recovery of benefits.

10.

Plaintiff also avers Defendants actions in terminating benefits were arbitrary and caprious.

11.

WHEREFORE, Plaintiff prays that this complaint be filed herein, that the Defendants be summoned to appear and answer same and that after due proceedings has there be judgment in favor of Plaintiff, Jodi M. Trosclair and against Defendants, Liberty Life Assurance Company of Boston, for past due amounts of monthly benefits and for monthly benefits of long-term disability continuing for the duration of Plaintiff's disability. Plaintiff further prays that she recover statutory penalties and attorney fees, for pre-judgment and post judgment interest, all court cost, and for all general and equitable relief as she may be entitled under the law.

Respectfully Submitted

*Michael L Hebert*

Michael L. Hebert
Law Office of Michael L. Hebert
6010 Perkins Rd., Suite A
Baton Rouge, LA 70808
Tel: (225) 612-9444
Fax: (225) 372-7490
Email: attorneyhebert@gmail.com

→ PLEASE SERVE ←

Liberty Life Assurance Company of Boston
    thru it's agent for service of process

Louisiana Secretary of State
8585 Archives Ave
Baton Rouge, LA 70809

A TRUE COPY OF THE ORIGINAL
ON FILE IN THIS OFFICE.
_____
DEPUTY CLERK
24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON, LA.

24th JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

JODI M. TROSCLAIR                      DOCKET NO: _____

VERSUS

LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON                SECTION: _____

---

**REQUEST FOR WRITTEN NOTICE OF ANY ASSIGNMENT AND
WRITTEN NOTICE OF ANY ORDER OR JUDGMENT
MADE OR RENDERED**

---

In accordance with the provisions of Articles 1571 and 1572 of the Louisiana Code of Civil Procedure, you are hereby requested to send to us, as counsel of record for JODI M. TROSCLAIR, plaintiff herein, written notice by mail, at least ten (10) days in advance of any date fixed for any trial or hearing on this case, whether on exception, rules, or on the merits thereof, or any assignment of fixing of said case.

And in accordance with the provisions of Articles 1913 and 1914 of the Louisiana Code of Civil Procedure, you are hereby also requested to send to us immediately notice of any order or judgment made or rendered in this case, upon the entry of such order or judgment.

This request for notice is made with full reservation of all rights.

Respectfully Submitted:

_/s/ Michael F. Hebert_
MICHAEL L. HEBERT, La. #18253
Law Office of Michael L. Hebert
6010 Perkins Rd, Suite A
Baton Rouge, Louisiana 70808
Tel: (225) 612-9444
Fax: (225) 372-7490

A TRUE COPY OF THE ORIGINAL
ON FILE IN THIS OFFICE.
_Masie Comeaux_
DEPUTY CLERK
24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON, LA.