UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JODI M. TROSCLAIR,** | **CIVIL ACTION NO. 2:15cv03400-HGB-KWR** |
| **Plaintiff** | **JUDGE HELEN G. BERRIGAN** |
| **V.** | **MAG. JUDGE KAREN WELLS ROBY** |
| **LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,** | |
| **Defendant.** | |

## STIPULATION OF DIMISSAL WITH PREJUDICE

Plaintiff Jodi Trosclair and Defendant Liberty Life Assurance Company of Boston file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendant no longer desire to litigate this action.

Accordingly, Plaintiff and Defendant stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

WHEREFORE, Plaintiff and Defendant request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

Respectfully submitted,

*/s/ Michael L. Hebert*
Michael L. Hebert, La Bar No: 18253
attorneyhebert@gmail.com
**LAW OFFICE OF MICHAEL L. HEBERT**
6010 Perkins Rd, Ste A
Baton Rouge, LA 70808
Tel: (225) 612-9444
Fax: (225) 342-7490

**COUNSEL FOR PLAINTIFF**

**AND**

*/s/ Iwana Rademaekers*
Iwana Rademaekers (Texas State Bar No. 16452560)
rademaei@jacksonlewis.com
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
14785 Preston Road, Suite 550
Dallas, Texas 75254
Telephone:  (214) 579-9319
Facsimile:  (469) 444-6456

- And -

*/s/ René E. Thorne*
René E. Thorne (LA Bar No. 22875)
thorner@jacksonlewis.com
**JACKSON LEWIS P.C.**
650 Poydras Street, Suite 1900
New Orleans, Louisiana  70130
Telephone:  (504) 208-1755
Facsimile:  (504) 208-1759

**COUNSEL FOR DEFENDANT**